WILLIAM BELLE, III v. RUDOLPH MESSINA, M.D.

May 12, 1981.

Leave to appeal granted.

WILLIAM BELLE, III v. G. REYES HO, M.D.

May 12, 1981.

Leave to appeal granted.

STATE OF NEW JERSEY v. BRIAN R. JENIN.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH WEBB.

May 18, 1981.

Petition for certification denied.